AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JAMES M. CONLEY,**

        **Petitioner,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

**ROBIN KNAB, WARDEN,**        **CASE NO.  C2-10-0831**
**CHILLICOTHE CORRECTIONAL**    **JUDGE EDMUND A. SARGUS, JR.**
**INSTITUTION,**                            **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Respondent.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

        **Pursuant to the ORDER filed September 2, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 2, 2011                            JAMES BONINI, CLERK

                                                                        */S/ Andy F. Quisumbing*
                                                                        (By) Andy F. Quisumbing
                                                                        Courtroom Deputy Clerk